UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cr-00236-TWP-DML ) |
| AARON LAMONT WILLIAMS, | ) -01 ) |
| Defendant. | ) |

**Order Denying Motion for Compassionate Release Without Prejudice**

Defendant filed a pro se motion that the Court construes as a Motion for Compassionate Release under Section 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 60. On its face, the motion does not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, the motion, dkt. [60], is **denied without prejudice**.

If Defendant wishes to renew the motion, Defendant may do so by completing and returning the enclosed form motion. If Defendant renews his motion, he must provide more information about his asthma diagnosis, including a description of the symptoms he currently experiences and any medications he has been prescribed for the condition. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date: 9/17/2020

*Tanya Walton Pratt*
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Aaron Lamont Williams
Reg. No. 16562-028
FCI Milan
Federal Correctional Institution
P.O. Box 1000
Milan, MI 48160

All Electronically Registered Counsel